THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE MERCADO, Appellant.

Submitted July 28, 2014; decided August 28, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MIDDLEBROOKS, Appellant.

Submitted July 21, 2014; decided August 28, 2014

Motion for assignment of counsel granted and David C. Schopp, Esq., The Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MOORE, Appellant.

Submitted July 7, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY N. PACHERILLE, Appellant.

Submitted July 21, 2014; decided August 28, 2014

Motion to vacate this Court's June 17, 2014 preclusion order granted.